No. 34. Missouri, Kansas & Texas Railway Company, Plaintiff in Error, *v.* J. B. Blachley. In error to the Court of Civil Appeals for the Fifth Supreme Judicial District of the State of Texas. Submitted November 2, 1910. Decided November 28, 1910. *Per Curiam:* It is ordered that the writ of error be dismissed for want of jurisdiction, on authority of *Missouri, Kansas & Texas Railway Company* v. *Hollan*, 216 U. S. 615. No further opinion will be delivered in this case. Mr. *James Hagerman* and Mr. *Joseph M. Bryson* for plaintiff in error. Mr. *B. F. Looney* for defendant in error.

---

No. 520. Indian Protective Association, Appellant, *v.* Hugh H. Gordon and Benjamin Miller, Administrator. Appeal from the Court of Appeals of the District of Columbia. Motion to dismiss or affirm submitted November 14, 1910. Decided November 28, 1910. Decree affirmed with costs as to Benjamin Miller, Administrator. Mr. *Heber J. May*, for Benjamin Miller, Administrator, one of the appellees, in support of the motion. Mr. *Charles Poe*, Mr. *Daniel B. Henderson*, Mr. *Benjamin S. Minor* and Mr. *Hugh B. Rowland* for appellants, in opposition thereto.

---

No. —, Original. *Ex parte:* In the Matter of The Mallory Steamship Company, Petitioner. Submitted November 28, 1910. Decided December 5, 1910. Motion for leave to file petition for a writ of prohibition denied. Mr. *Everett P. Wheeler* for petitioner. Mr. *Frederick M. Brown* for respondent.